IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
JAN 16 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.                     Case No. 2:13mj24
                      Court Date: February 14, 2013

DAVID G. YOUNG

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor)-Violation No. 1810679

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 23, 2012, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, DAVID G. YOUNG, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked, **second offense**, the defendant having been previously convicted of driving while license revoked in the General District Court for the City of Virginia Beach, Virginia on April 14, 2011, for an offense committed on February 23, 2011.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

#### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 23, 2012, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, DAVID G. YOUNG, did unlawfully drive and operate a motor vehicle during the time in which his privilege to drive or operate a motor vehicle was restricted, suspended or

revoked, which driver's license was forfeited due to a conviction for driving under the influence of alcohol (first offense) in violation of Title 18.2-266 in the General District Court for the City of Norfolk, Virginia on February 15, 2012.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-272.)

                Respectfully submitted,

                Neil H. MacBride
                United States Attorney

By: _____
    M. Jennifer Norako
    Special Assistant U.S. Attorney
    Office of the U.S. Attorney
    101 West Main Street, Suite 8000
    Norfolk, VA 23510
    Ph: (757) 462-4760
    Fax:(757) 441-3205
    Jennifer.Norako@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
M. Jennifer Norako
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax: (757) 441-3205
Jennifer.Norako@usdoj.gov

1/15/13
Date

2