IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

```
FILED
FEB 2 8 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No. 2:13mj24 |
| | ) | |
| DAVID G. YOUNG | ) | |

### ORDER TO DISMISS WARRANT AND RESET CASE

The United States of America, through its undersigned counsel, comes now and moves for the entry of an order dismissing the warrant issued on February 14, 2013, and rescheduling the case to March 14, 2013, at 9:00 a.m.

WHEREFORE, IT IS ORDERED that the warrant in the above matter is dismissed and the case is rescheduled to March 14, 2013, at 9:00 a.m.

IT IS FURTHER ORDERED that the Clerk's Office shall provide copies of this Order to the United States Attorney's Office and the United States Marshal's Service.

/s/
Douglas E. Miller
United States Magistrate Judge
United States Magistrate Judge

February 28, 2013
Norfolk, Virginia

I ASK FOR THIS:

Neil H. MacBride
United States Attorney

By: _____
M. Jennifer Norako
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391/Fax: (757) 441-3205
Jennifer.norako@usdoj.navy.mil