# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Norfolk Division


FILED
JUN 13 2013
CLERK US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.   Case Number: 2:13mj24

DAVID G. YOUNG
a/k/a
Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count two.

Accordingly, the defendant is adjudged guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| T. 18 USC Sections 7 & 13, assimilating VA Code, Section 18.2-272 | Operating a Motor Vehicle After License Forfeiture | Misdemeanor | 12/23/2012 | Two |

On motion of the United States, the Court has dismissed the remaining counts in the information (Count one) as to defendant David G. Young.

As pronounced on June 13th, 2013, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 13th day of June, 2013.

Tommy E. Miller
United States Magistrate Judge

Case Number: 2:13mj24
Defendant's Name: Young, David G.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Marshals to be imprisoned for a term of ONE DAY, TO BE RELEASED AT 5:00 PM THIS AFTERNOON, JUNE 13, 2013. The defendant is remanded to the custody of the United States Marshals.

## RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to_____
at_____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

Case Number: 2:13mj24
Defendant's Name: Young, David G.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| Two | $25.00 | $250.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
| **TOTALS:** | **$25.00** | **$250.00** | **$0.00** |

# FINES

The defendant shall pay a fine of $250.00 as to count two.